NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HASKELL ARMOND WILLIAMSON, JR.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2023-1959

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00263-EDK, Chief Judge Elaine Kaplan.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                    WILLIAMSON V. US

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

                                        FOR THE COURT

October 26, 2023                        /s/ Jarrett B. Perlow
      Date                              Jarrett B. Perlow
                                        Clerk of Court

**ISSUED AS A MANDATE:** October 26, 2023